```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION

RAMON PICKENS #K82154,         )
                               )
            Plaintiff,         )
                               )
     v.                        )    No.  10 C 5866
                               )
ROBERT MOORE, etc., et al.,    )
                               )
            Defendants.        )
```

## MEMORANDUM ORDER

Ramon Pickens ("Pickens") has responded to this Court's brief September 20, 2010 memorandum order by filling out another Motion for Appointment of Counsel ("Motion"), in which he reflects his communication with John Howard Association in an effort to obtain counsel and goes on to say "I can't afford one." Although that presentation is really inadequate to show multiple attempts to get a lawyer, what is plain is that both this Court and Pickens' targeted defendants (Parole Agent Robert Moore and the Illinois Parole Review Board) will be better served if appointed counsel is in fact injected into the case to make some order out of Pickens' rambling narrative coupled with the often illegible exhibits attached to his 42 U.S.C. §1983 Complaint.

Accordingly this Court has obtained the name of this member of the trial bar, who is appointed to represent Pickens pro bono publico:

Debra L. Bogo-Ernst
          Mayer Brown LLP
          71 South Wacker Drive
          Chicago IL 60606
          312-782-0600

In addition, the customary initial scheduling order is being
issued contemporaneously with this memorandum order. In
anticipation of the status hearing established by that order,
appointed counsel is expected to make arrangements for service of
process, to get in touch with Pickens and to prepare a more
intelligible Amended Complaint.[1]

```
                         _____
                         Milton I. Shadur
                         Senior United States District Judge
```

Date: October 14, 2010

---

[1] It should be added that if counsel sees no predicate for the advancement of any viable Section 1983 claim on Pickens' behalf, she is free to file the civil equivalent of an <u>Anders v. California</u>, 386 U.S. 738, 744 (1967) submission instead.